**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br><br>                  Plaintiff,<br><br>vs.<br><br>PANASONIC CORPORATION., a Japanese Corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation,<br><br>                  Defendants. | No. 09CV3557<br><br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE BROWN |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, HELFERICH PATENT LICENSING L.L.C., hereby dismisses with prejudice all claims asserted by Plaintiff against all Defendants, PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA, pursuant to F.R.Civ.P. 41(a)(1), each party to bear its own costs, expenses, and attorneys fees.

RESPECTFULLY SUBMITTED this 19 day of November, 2009.


                                  Timothy D. Sperling


                          By: */s/ Timothy D. Sperling*
                                Timothy D. Sperling
                                Attorney for Plaintiff

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357


Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956